UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| DAVID ALVARADO, MARISELA BARBOSA, TERESA BARBOSA and JORGE DE LEON, Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:26-cv-0002-EG-JAC |
| ALEX OLIVAREZ, ALEX OLIVAREZ HARVESTING LLC, STEVE CARGIL, CARGIL FARMS PRODUCE, and CARGIL FARMS JV, Defendants. | § | |

**PLAINTIFFS' AMENDED UNOPPOSED MOTION TO EXTEND TIME FOR SERVICE AND FOR APPROVAL OF ALTERNATIVE METHOD OF SERVICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Plaintiffs David Alvarado, Marisela Barboza, Teresa Barboza, and Jorge De Leon, by and through their undersigned counsel, who hereby amend their motion to extend the time for service and for approval of alternative method of service in the above-captioned case to add the verification which was omitted by oversight. In support of their motion, Plaintiffs would show the Court the following:

1. Plaintiffs filed the above-captioned case on January 27, 2026. The 90-day deadline provided by Federal Rule of Civil Procedure 4(m) to serve Defendants expires on April 27, 2026.

2. Defendants Alex Olivarez and Alex Olivarez Harvesting LLC in their filings with the Secretary of State disclose that their address is 1104 Maynard Avenue, Dalhart, Texas 79022-

4938. Defendants Alex Olivarez and Alex Olivarez Harvesting LLC in multiple H-2A Applications for Temporary Employment Certification and H-2A Agricultural Clearance Orders disclose the same address. Those same H-2A Applications also disclose an email of a.o.harvestor@gmail.com and disclose a phone number where they may be contacted.

3. The undersigned counsel for Plaintiff retained process server Gregory Clearley of Patriot Legal Solutions of Amarillo, Texas, to personally serve Defendants at the above address. Mr. Clearley as early as February 4, 2026, unsuccessfully attempted service. He also notified the undersigned that he also contacted Defendants at the numbers disclosed but the calls were not returned. See, Attached Exhibit A. He agreed to attempt service when in Dalhart, Texas on other matters. He indicated the house at said address was lived in, but Defendants have been evading service.

4. The undersigned reviewed the records of the Harley County Appraisal District and determined that 1104 Maynard Avenue is the homestead of Alex Olivarez Senior who also has an address of P.O. Box 865, Dalhart, Texas 79022-0865.

5. An investigation by the undersigned determined that Alex Olivarez and Alex Olivarez Harvesting LLC when performing farm labor contracting activities in the area Knippa, La Pryor, and Uvalde, Texas, resided at a Mobile Home Park at 1919 Crystal City Hwy 83 S, Uvalde, Texas 78801. The undersigned retained process server Sergio Lane of La Pryor, Texas, to attempt service at said address. He attempted service on April 22, 2026, but was told by the Mobile Home Park manager that he was no longer in the area. He also stated that his investigation revealed a history of evading service by Alex Olivarez and Alex Olivarez Harvesting LLC.

6. A review of the H-2A Applications and H-2A Agricultural Clearance Orders of Alex Olivarez and Alex Olivarez Harvesting LLC, show they also perform farm labor contracting activities in the areas of Clovis, New Mexico; Texico, New Mexico; and Muleshoe, Texas.

7. In light of the mobility of Defendants Alex Olivarez and Alex Olivarez Harvesing LLC, Plaintiffs request this Court approve alternative service as follows:

(a) Leaving the summons and complaint at 1104 Maynard Avenue, Dalhart, Texas 79022-4938 with a person of suitable age and discretion who resides there, and if no one is present at time service is attempted by posting same on the front door of said dwelling,

(b) sending same by certified mail, return receipt requested, and by first-class mail postage prepaid to Alex Olivarez and Alex Olivarez Harvesting LLC at PO Box 865, Dalhart, Texas 79022-0865, and

(c) sending same by email to a.o.harvestor@gmail.com.

8. In light of the foregoing discussion, the above combination of service methods are very likely to give Defendants actual notice of the pending action, and their obligation to answer same.

9. The proposed extension will not prejudice the unserved Defendants, or any of the Defendants who have already appeared.

## CERTIFICATE OF CONFERENCE

10. The undersigned counsel for Plaintiff, on the 22nd day of April, 2026, conferred with Rogelio M. Munoz, attorney of record for Steve Cargil, Cargil Farms Produce, and Cargil Farm JV; who did not oppose this motion.

## PRAYER FOR RELIEF

Plaintiffs pray that this Court extend the time to serve Defendant's Alex Olivarez and Alex Olivarez Harvesting LLC, for 30-days from the date of the Court's order. Plaintiffs further pray that the Court approve alternative service upon Alex Olivarez and Alex Olivarez Harvesting LLC by:

(a) Leaving the summons and complaint at 1104 Maynard Avenue, Dalhart, Texas 79022-4938 with a person of suitable age and discretion who resides there, and if no one is present at time service is attempted by posting same on the front door of said dwelling;

(b) sending same by certified mail, return receipt requested, and by first-class mail posted prepaid to Alex Olivarez and Alex Olivarez Harvesting LLC at PO Box 865, Dalhart, Texas 79022-0865, and

(c) sending same by email at a.o.harvestor@gmail.com.

TEXAS RIOGRANDE LEGAL AID, INC

By: ______________________

Javier Riojas
Texas Bar No. 16935830
466 Jefferson St., Ste A
Eagle Pass, Texas 78852
Tel. (830) 752-6409
Fax. (956) 591-8752
Email: jriojas@trla.org

## VERIFICATION

Before me the undersigned authority personally appeared Javier Riojas, who after being duly sworn states the following:

My name is Javier Riojas. I am over 18 years of age, of sound mind, and fully competent to make this verification. I am counsel for Plaintiffs in the above-captioned case. The facts stated in the foregoing motion are true and correct, and of my own personal knowledge.

__________________________
Javier Riojas

SWORN AND SUBSCRIBED to before me by the said Javier Riojas to certify which witness my hand seal of office on the 9th day of July 2026.

NALLELY RUIZ
Notary Public, State of Texas
Comm. Expires 03-21-2027
Notary ID 134264482

__________________________
Notary Public, State of Texas
My Commission Expires: 3/21/27

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2026, a true and correct copy of the foregoing document was served upon counsel for Defendants via the Court's CM-ECF electronic filing system as follows:

Rogelio M. Munoz
THE MUNOZ LAW FIRM
231 Getty Street
Uvalde, Texas 78801
Roy@swtexaslaw.com

__________________________
Javier Riojas
Attorney for Plaintiff

[EXTERNAL EMAIL] [ServeManager] Job #15102058 Update

From Gregory Cearley <notifications@mail.servemanager.com>
Date Wed 2/4/2026 12:35 PM
To Javier Riojas(EGP) <JRIOJAS@trla.org>

## Attempted Serve

Gregory Cearley shared a service notification with you:

### Details

**Process Server:** Gregory Cearley PSC-23767

**Date & Time:** Feb 4, 2026, 12:34 pm CST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Knocked on the door. No answer.

### Service Address

1104 MAYNARD AVENUE, DALHART, TX 79022, DALLAM

### GPS Data

**Mobile Device:** ServeManagerMobile/1.11.5 (153) (iPhone 15 Pro Max/iPhone; iOS/26.2.1)

**GPS Coordinates:** 36.05523438, -102.50011145

**GPS Timestamp:** 1770230086183.298

## Job & Case

**Job:** 15102058

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Alex Olivarez Harvesting LLC

EXHIBIT A

**Documents:** Summons - Alex Olivarez Harvesting, LLC.pdf, Summons - Alex Olivarez.pdf

**Attempt Uploads**

- Mobile Attempt Photo 1

**Shared with you by:**

Gregory Cearley
Patriot Legal Solutions, LLC
greg@processpatriot.com
(806) 333-2906

Case 2:26-cv-00002-EG-JAC Document 18 Filed 04/22/26 Page 8 of 8

Outlook

[EXTERNAL EMAIL] [ServeManager] Job #15102058 Update

From Gregory Cearley <notifications@mail.servemanager.com>
Date Wed 2/4/2026 12:57 PM
To Javier Riojas(EGP) <JRIOJAS@trla.org>

## Job Note

Gregory Cearley shared a note with you:

**Label:** Phone calls

**Comment:**

I attempted to call (806) 333-6263, (830) 333-6262, and (806) 626-2847. Left voicemails on the first two with no replies. The last number does not receive incoming calls.

---

## Job & Case

**Job:** 15102058

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Alex Olivarez Harvesting LLC

---

### Shared with you by:

Gregory Cearley
Patriot Legal Solutions, LLC
greg@processpatriot.com
(806) 333-2906